# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-150
Lower Tribunal Nos. 20-148 AP, 19-8673 CC

————————

**Nahid M F International, Inc.,**
Appellant,

vs.

**Madison Acquisitions Corp.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Shlomo Y. Hecht, P.A., and Shlomo Y Hecht (Miramar), for appellant.

Legon Fodiman, P.A., Todd A. Fodiman and Wendy V. Polit, for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See Ebsary Found. Co. v. Barnett Bank of S. Fla., N.A., 569 So. 2d 806 (Fla. 3d DCA 1990).